806 A.2d 1258

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Michael BARONI, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 19, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2002, the Petition for Allowance of Appeal is granted, limited to

Whether the jury's guilty verdict is vitiated and non-existent due to the trial court's failure to instruct the jury on the

beyond-a-reasonable-doubt standard of proof required by the *corpus delicti* rule, and whether Petitioner's petition for post conviction collateral relief is time-barred by the provisions of 42 Pa.C.S. § 9545(b)(1).